■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIO WYNERMAN, Appellant. [999 NYS2d 336]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about June 25, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.

■ CF HY LLC, Respondent, v HUDSON YARDS LLC et al., Defendants, and BARUCH SINGER, Appellant. [998 NYS2d 301]—

Judgment, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered July 10, 2014, in favor of plaintiff in the total amount of $25,764,306.96, unanimously affirmed, with costs. Appeals from orders, same court and Justice, entered on or about December 4, 2013 and January 14, 2014, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

The court's determination of the mortgaged property's fair market value was within the range of the conflicting expert testimony and was otherwise supported by the evidence presented at the hearing (*see generally Trustco Bank v Gardner*, 274 AD2d 873 [3d Dept 2000]). The court properly considered the purchase price of the property after the foreclosure sale (*see Plaza Hotel Assoc. v Wellington Assoc.*, 37 NY2d 273, 277 [1975]).

The court providently exercised its discretion in denying defendant-appellant's request for an adjournment of the hearing until after he testified as a party witness in a separate trial (*see Pezhman v Department of Educ. of the City of N.Y.*, 113 AD3d 417, 417 [1st Dept 2014], *lv denied* 22 NY3d 863 [2014], *cert denied* 572 US —, 134 S Ct 2303 [2014]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.